No. 65231.—Max Eckardt & Sons Ornament Corp. *v.* United States, protest 59/29009 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 65232.—S. Berger Co. et al. *v.* United States, protests 60/9197, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65233.—Ross Products, Inc. *v.* United States, protest 58/288 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiff was sustained.

No. 65234.—Ross Products, Inc., et al. *v.* United States, protests 59/10987, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items marked "M" consist of dish mops similar in all material respects to those the subject of Abstract 64603, the claim at 20 percent ad valorem under the provision in paragraph 923, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presi-